# United States District Court
## *Southern District of Georgia*

ANNIE PHILLIPS

_____
Plaintiff

Case No.  6:25-CV-00089-RSB-CLR

**v.**

FOREMOST INSURANCE
COMPANY, GRAND RAPIDS,

_____
Defendant

Appearing on behalf of

_____
Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  22nd  day of  December , 2025 .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Jennifer S. McMahon
_____

Business Address:  Copeland Stair Valz & Lovell
_____
Firm/Business Name

191 Peachtree Street, Suite 3600
_____
Street Address

|  | Atlanta | GA | 30303 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-221-2298 | | 415964 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:  jmcmahon@csvl.law